No. 215. BAKER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George T. Davis* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.

No. 217. JOHNSON *v.* BENBROOK WATER & SEWER AUTHORITY. Sup. Ct. Tex. and/or Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied. *Henry E. Kerry* for petitioner. *S. G. Johndroe, Jr.,* for respondent.

No. 218. ALCOA STEAMSHIP CO., INC. *v.* CHARLES FERRAN & CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. *Benjamin W. Yancey* for petitioner. *Leon Sarpy, James G. Burke, Jr.,* and *Paul A. Nalty* for respondents.

No. 220. SHAPIRO *v.* SHAPIRO. App. Ct. Ill., 1st Dist. Certiorari denied. *Charles A. Bellows* for petitioner. *Samuel A. Rinella* for respondent.

No. 222. WEYERHAEUSER Co. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Kenneth E. Roberts* and *Snyder J. King* for petitioner. *Solicitor General Griswold, Assistant Attorney General Martz,* and *Roger P. Marquis* for the United States.

No. 224. J. P. STEVENS & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent National Labor Relations Board.